```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :   20cv004(DLC)
DAN VIOLA, on behalf of herself and   :
all others similarly situated,        :   ORDER AND
                                      :   NOTICE OF INITIAL
                         Plaintiff,   :   PRETRIAL CONFERENCE
              -v-                     :
                                      :
PFIZER INC.,                          :
                                      :
                         Defendant.   :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons set forth in the January 21, 2020 letter from counsel for the parties in the above-captioned matter, it is hereby

ORDERED that defendant Pfizer Inc.'s time to respond to the complaint is extended by thirty days until **February 27, 2020.**

IT IS FURTHER ORDERED that counsel for all parties are directed to appear for an initial pretrial conference with the Court on **March 13, 2020** at **2:30 p.m.** in Courtroom 18B, 500 Pearl Street. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Counsel are directed to confer with each other prior to the conference regarding settlement and each of the other subjects to be considered at Fed.R.Civ.P. 16 conference, and to prepare a detailed written proposed schedule for any motions and discovery. Prior to the date of the conference, all parties must send the Court one copy of all pleadings.

If this case has been settled or otherwise terminated, counsel are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is sent prior to the date of the conference via e-mail to the Orders and Judgments Clerk at the following e-mail address: judgments@nysd.uscourts.gov.

Requests for adjournment shall be made no later than two business days before the conference and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. "Electronic Case Filing Rules and Instructions." The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

Dated:   New York, New York
         January 22, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge