UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**IN RE: ZANTAC (RANITIDINE)**             **MDL NO. 2924**
**PRODUCTS LIABILITY**                  **20-MD-2924**
**LITIGATION**

                                  **JUDGE ROBIN L. ROSENBERG**
                     **MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

    20-cv-80201-RLR
    20-cv-80254-RLR
    20-cv-80265-RLR
    20-cv-80368-RLR
    20-cv-80369-RLR
    20-cv-80284-RLR
    20-cv-80179-RLR
    20-cv-80252-RLR
    19-cv-62948-RLR
    20-cv-80304-RLR
    20-cv-80311-RLR
    20-cv-80315-RLR
    20-cv-80250-RLR
    19-cv-24657-RLR
    20-cv-80294-RLR
    20-cv-80253-RLR
    20-cv-80269-RLR
    20-cv-80313-RLR
    20-cv-80373-RLR
    20-cv-81028-RLR
    20-cv-80790-RLR
    20-cv-80390-RLR
    20-cv-80788-RLR
    20-cv-80791-RLR
    20-cv-80735-RLR
    20-cv-80198-RLR
    20-cv-80203-RLR

## ORDER DECONSOLIDATING CASES

This matter comes before the Court on the Notices of Voluntary Dismissal filed for the above-referenced cases. In light of the fact that these cases have been dismissed, it is **ORDERED AND ADJUDGED** that:

1. The above-reference cases are **DECONSOLIDATED** from MDL proceeding 20-MD-2924.

2. The above-reference cases shall remain **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 13th day of April, 2021.

*[signature]*
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE